JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MURRAY AYDELOTT,<br><br>        Petitioner,<br><br>  v.<br><br>RAYTHEL FISHER, Warden,<br><br>        Respondent. | Case No. 5:21-cv-00358-JWH-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition and Dismissing Action Without Prejudice filed herewith,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Petition is **DISMISSED** and the action is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

DATED: January 26, 2022

_____
JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE